**paul@paulanderson.law**

| | |
|---|---|
| **From:** | John Fleming <jfleming@co.nacogdoches.tx.us> |
| **Sent:** | Wednesday, May 19, 2021 7:24 PM |
| **To:** | paul@paulanderson.law |
| **Subject:** | PIA Request Dated May 5, 2021, Re: Brandon Finchum |

Paul:

In connection with responding to your open records request dated May 5, 2021, a non lawyer employee of our office listened to a jail call between you and Mr. Finchum.  I do not believe it was listened to with any ill intent.  It is my understanding that the employee did not hear anything of substance.  It is my understanding the employee heard two statements that I will summarize: that you would meet with your client at 1:30 p.m. and that you would try to call Mr. Finchum's dad.  Although the employee was not directed to listen to the call, I take responsibility for what employees of this office do or don't do.

As stated, I take responsibility for anything that happens in this office as I should.  Obviously, I did not emphasize to the employee the significance of privileged communications.  I have discussed this with the employee and instructed the employee not to disclose to anyone anything heard in the recording.  In addition, I have taken steps to avoid this happening again.  I believed that you needed to know this had happened.

Thank you.

John Fleming


--
John Fleming
Nacogdoches County Attorney
101 W. Main Street, Room 230
Nacogdoches, Texas 75961
Phone 936 560 7789
Facsimile 936 560 7809