# PAUL ANDERSON, PLLC
## Attorney at law

601 North Street | Nacogdoches, TX 75961 | 936.305.5600(o) | 936.236.6242 (fax)

May 19th, 2021

Via email: *jfleming@co.nacogdoches.tx.us*

John Fleming
Nacogdoches County Attorney
101 W. Main Street, Room 230
Nacogdoches, Texas 75961

**RE**: **Texas Public Information Act request.**

Mr. Fleming,

In reference to the attached email received from you on Wednesday May 19th, 2021, please provide a copy of:

1. The specific audio recording between Brandon Finchum and Paul Anderson;

2. A copy of any and all communications including emails or text messages referencing the telephone call between attorney Paul Anderson and Brandon Finchum in your May 19th email;

3. A copy of any log, electronic record or written recording of any telephone call to and from the Nacogdoches County Jail and related to Brandon Finchum since January 1, 2020;

4. A copy of any communication, writing or electronic record of Nacogdoches County Attorney's office policy on attorney-client communications, including, but not limited to, monitoring telephone calls from inmates incarcerated in the Nacogdoches County Jail.

5. A copy of any communication, writing or electronic record of Nacogdoches County Attorney's office admonishing, disciplining, or counseling the "employee" that listened to the confidential and privileged attorney-client recording referred to in your May 9th, 2021 email.

6. Please provide a copy of any communication, writing or electronic record created by the Nacogdoches County Attorney's office and referring to "taking steps to avoid this happening again" stated in your May 19th, 2021 email.

Respectfully,

**Paul Anderson**

Attachment:  May 19th, 2021 Fleming Email