6/1/2021

**COURTHOUSE**
101 W. Main Street
Room 230
Nacogdoches, Texas 75961

Phone: (936) 560-7789
Fax: (936) 560-7809
jfleming@co.nacogdoches.tx.us

# John T. Fleming
## COUNTY ATTORNEY

June 1, 2021

**CMRRR #7014 2120 0002 3113 9943**
**And Via Fax 936.236.6242**
Mr. Paul Anderson
Paul Anderson, PLLC
601 North St.
Nacogdoches, Tx. 75961

Re:   **CLARIFICATION REQUEST - Public Information Act Request, dated May 19, 2021**

Mr. Anderson:

On May 19, 2021, the Nacogdoches County Attorney's Office received an open records request from you requesting:

*"...please provide a copy of:*

1. *The specific audio recording between Brandon Finchum and Paul Anderson;*
2. *A copy of any and all communications including e-mails or text messages referencing the telephone call between attorney Paul Anderson and Brandon Finchum in your May 19th e-mail;*
3. *A copy of any log, electronic record or written recording of any telephone call to and from the Nacogdoches Jail and related to Brandon Finchum since January 1, 2020;*
4. *A copy of any communication, writing or electronic record of Nacogdoches County Attorney's office policy on attorney-client communications, including, but not limited to, monitoring telephone calls from inmates incarcerated in the Nacogdoches County Jail.*
5. *A copy of any communications, writing or electronic record of Nacogdoches County Attorney's office admonishing, disciplining, or counseling the "employee" that listened to the confidential and privileged attorney-client recording referred to in your May 9th, 2021 e-mail.*
6. *Please provide a copy of any communication, writing or electronic record created by the Nacogdoches County Attorney's office and referring to "taking steps to avoid this happening again" stated in your May 19th, 2021 e-mail."*

**Request #5**

I wanted to clarify the date you requested and, by doing so, avoid any confusion or duplication of a subsequent request. You requested information referred to in a "May 9th, 2021 e-mail." I am

AndersonJailCalls ORR Clarification 060121

unable to locate such e-mail. However, if you meant "May 19th, 2021 e-mail," let me know and I will be pleased to process your request under the Gov't Code Ch. 552.

*Pursuant to Section 552.222(b), our office is requesting **clarification of the date "May 9th, 2021."** If by the 61st day after the date the governmental body sends a written request for clarification of discussion under Texas Government Code 552.222(b) the governmental body does not receive a written response from the requestor, the underlying request for public information is considered to have been withdrawn by the requestor.*

I look forward to your reply.

Sincerely,

Steven Poston
Assistant County Attorney