# PAUL ANDERSON, PLLC
## Attorney at law

601 North Street | Nacogdoches, TX 75961 | 936.305.5600(o) | 936.236.6242 (fax)

June 14th, 2021

Via email: *jfleming@co.nacogdoches.tx.us*
Via USPS 1st Class

John Fleming
Nacogdoches County Attorney
101 W. Main Street, Room 230
Nacogdoches, Texas 75961

Mr. Fleming,

At your sole discretion, Olivia Clifton is currently on an "informal pre-trial diversion" for an enhanced BAC DWI (Misdemeanor A) received on December 11th, 2020. Oliva Clifton is providing 400 hours of "community service" by working in your office. This is actually an unlawful amount of community service hours under the "formal" pre-trial diversion of TCP Art 42A.304, which limits community service hours for a Misdemeanor A to 200.

On June 8th, 2021, you were sent notice that Olivia Clifton has publicly represented that she is an *employee* of the Nacogdoches County Attorney's Office when she is not. You did not respond.

On May 19th, 2021, you notified me in writing that a "non-lawyer" employee in your office wiretapped and disseminated confidential attorney-client communications between a client and me.

Furthermore, you have been asked Oliva Clifton is the "non-lawyer employee" who illegally listened to my confidential attorney-client communications, but you have not responded to affirm or deny her involvement.

These are serious unanswered allegations. Olivia Clifton has certainly violated the terms of any pre-trial diversion program through her false claim of being employed by your office, and if she is also the person in your office who violated attorney-client privilege, much more serious consequences may be appropriate.

Please address what steps you are taking regarding this matter.

Respectfully,

**Paul Anderson**