# FLOWERS ✤ DAVIS, P.L.L.C.

| | | |
|---|---|---|
| **CELIA C. FLOWERS**<br>MELANIE S. REYES<br>WILLIAM R. KNIGHT, JR.<br>J. SCOTT MILLER<br>CATHERINE CHESLEY GOODGION<br>COREY R. KELLAM<br>MAYA P. JEDLICKA<br>KATRYNA R. WATKINS<br>PAUL H. BROWN<br>CECILIA G. ISENBERG<br>TUCKER B. ROYALL<br>ALAN W. TOMME, OF COUNSEL<br>A. D. (DEAN) CHAPMAN, OF COUNSEL<br>THOMAS H. BUCHANAN, OF COUNSEL | 1021 ESE LOOP 323, SUITE 200<br>TYLER, TEXAS 75701<br>MAIN TELEPHONE: (903) 534-8063<br>FACSIMILE: (903) 534-1650<br>WWW.FLOWERSDAVIS.COM<br><br>LONGVIEW OFFICE:<br>1516 JUDSON ROAD<br>LONGVIEW, TEXAS 75601<br>TELEPHONE: (903) 757-8900<br>FACSIMILE: (903) 757-8902<br><br>DALLAS OFFICE:<br>1200 MAIN ST., SUITE 208<br>DALLAS, TEXAS 75202<br>TELEPHONE: (214) 205-6146 | **ROBERT S. DAVIS**<br>CHAD C. ROOK<br>LEE I. CORREA<br>PRESTON W. MCGEE<br>ROBIN H. O'DONOGHUE<br>J. MITCHELL BEARD<br>STEVE M. MASON<br>JOHN "JACK" R. FULGHAM<br><br>**IMMIGRATION:**<br>VIRGINIA D. YOUNG<br>DANIEL C. ROSS<br>TELEPHONE: (903) 592-8186 |

September 2, 2021

<u>**Via Email: paul@paulanderson.law**</u>
Paul Anderson
Attorney at Law
601 North Street
Nacogdoches, TX 75961

Re:   Attorney General Opinion regarding Nacogdoches County's Requested Exceptions to the Public Information Act from Paul Anderson dated May 19, 2021

Dear Mr. Anderson:

We recently received the attached Attorney General's Opinion regarding your information request dated May 19, 2021. You have already been notified that Nacogdoches County has no documents responsive to items 4, 5 and 6, and we sought an opinion from the Attorney General regarding the remaining requests.

The opinion allows Nacogdoches County to withhold all responsive items except for the phone call(s) between you and Mr. Finchum. A CD with phone calls was submitted to the Attorney General's Office for consideration pursuant to the required procedures of the Attorney General's Office. This law firm only copied the disc, and has not listened to any of the recordings to date. However, to determine which calls the Attorney General is requiring us to produce, we will need to listen to the phone calls. Do we have your consent to listen to these calls? Please advise at your earliest convenience.

Very truly yours,

Robin Hill O'Donoghue

Robin H. O'Donoghue

RHO/csg