# PAUL ANDERSON, PLLC
## Attorney at law

601 N. Street | Nacogdoches, TX 75961 | 936.305.5600(o) | 936.236.6242 (fax)

September 8th, 2021

John Fleming
Nacogdoches County Attorney
101 W. Main Street, Room 230
Nacogdoches, Texas 75961
Via email: *jfleming@co.nacogdoches.tx.us*

Robin O'Donoghue
Flowers Davis
1021 ESE Loop 323, Suite 200
Tyler Texas 75701
Via email to: *rho@flowersdavis.com*

Mr. Fleming & Ms. O'Donoghue,

The Nacogdoches County Attorney's Office, and John Fleming specifically, have violated the sanctity and confidentiality of attorney-client privilege, withheld facts about the criminal circumstances of that conduct, benefited from the information obtained from unlawful recording(s) and have refused, on the advice of counsel, to forward these allegations to a law enforcement agency for investigation.

On August 17th, 2021, a sworn written criminal complaint alleging wiretapping and official misuse of information was presented and filed with the Nacogdoches County Attorney's Office and copied to its counsel Flowers Davis.  What is the status of that criminal complaint and, today, has this complaint been referred to any agency for investigation?

John Fleming's May 19th, 2021 email admission of wiretapping states, "I instructed the employee not to disclose to anyone anything heard in the recording.  In addition, I have taken steps to avoid this happening again."  John Fleming also wrote, "Obviously, I did not emphasize to the employee the significance of privileged communications."

Robin O'Donoghue states in the September 2nd, 2021 letter to the OAG that, "Nacogdoches County has no documents responsive to items 4, 5, and 6 . . ."  Criminal conduct was committed by a non-lawyer employee and it appears that John Fleming took no action that produced any written documentation and that he only issued a verbal warning?  Was the "non-lawyer employee" Ms. Olivia Clifton?

You have asked for permission to listen to the recordings of phone calls between my client Brandon Finchum and myself to "determine which calls the Attorney General is requiring us to produce . . .". You have *absolutely no permission* to listen to any privileged phone call recorded between attorney Paul Anderson and his client Brandon Finchum.  John Fleming states the "non-lawyer employee" only listened to one phone call, now there are apparently more than one.  Immediately provide a detailed log of every phone call recorded between attorney Paul Anderson and Brandon Finchum.

Absolutely no assertion of privileged is made with respect to the public disclosure of this letter and any response to it.

John Fleming
Robin O'Donoghue
September 8th, 2021
Page two of two

Respectfully,

**PAUL ANDERSON**