IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL V. ANDERSON, INDIVIDUAL and BRANDON FINCHUM, INDIVIDUAL | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 9:21-CV-285 |
| NACOGDOCHES COUNTY ATTORNEY'S OFFICE and JOHN FLEMING, In his official capacity, NACODOGCHES COUNTY SHERIFF'S OFFICE and JASON BRIDGES, In his official capacity, NACOGDOCHES COUNTY DISTRICT ATTORNEY'S OFFICE, and ANDREW JONES, In his official capacity | § § § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration on certain matters. On August 3, 2022, Magistrate Judge Stetson issued a Report and Recommendation in which she recommended that Defendants' First Partial Motion to Dismiss and Renewed Motion to Dismiss be denied as moot, and that Defendants' Partial Motion to Dismiss Pursuant to Rule 12(b)(6) be granted.

The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. To date, the parties have not filed objections to the report.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

It is therefore, **ORDERED** that Defendants' First Partial Motion to Dismiss [Dkt. 4] and Renewed Motion to Dismiss [Dkt. 17] are denied as moot.

It is further, **ORDERED** that the Defendants' Partial Motion to Dismiss pursuant to Rule 12(b)(6) [Dkt. 26] is granted.

It is so ORDERED.

**SIGNED this 24th day of August, 2022.**

_____
Michael J. Truncale
United States District Judge