IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BRANDON FINCHUM, §<br>*Plaintiff*, §<br>  §<br>v. §<br>  §<br>NACOGDOCHES COUNTY, §<br>*Defendant*. § | CIVIL ACTION NO. 9:21-CV-285-MJT-CLS |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition of Defendant's Partial Motion to Dismiss [Dkt. 95]. On January 24, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 102] in which she recommended denying Defendant's Partial Motion to Dismiss as moot. To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 102] is ADOPTED. Defendant's Partial Motion to Dismiss [Dkt. 95] is DENIED as moot.

**SIGNED this 12th day of September, 2023.**

Michael J. Truncale
United States District Judge