IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON FINCHUM, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 9:21-CV-285-MJT |
| NACOGDOCHES COUNTY, | § § § | |
| *Defendant.* | § § § | |

# FINAL JUDGMENT

Pursuant to the Order Adopting the United States Magistrate Judge's Report and Recommendation on this same date, it is ORDERED that Plaintiff Brandon Finchum's claims against Defendant Nacogdoches County are DISMISSSED WITH PREJUDICE.

This order is a full and final judgment as to all claims and parties in the instant action. All relief not specifically granted herein is DENIED. All pending motions are DENIED as MOOT. The Clerk is directed to close this case.

IT IS SO ORDERED.

**SIGNED this 19th day of February, 2025.**

Michael J. Truncale
United States District Judge